UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt

IN RE:

ADRIENNE VENSON

    Debtor(s)                Chapter 13

                                    Case No. 25-15663

OBJECTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-W4
TO PROPOSED CHAPTER 13 PLAN AND
CONFIRMATION THEREOF

      Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4 and its assignees and/or successors in interest, a secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objections to the Confirmation of the Chapter 13 Plan proposed by the Debtor(s):

      1.  This objecting secured creditor is the beneficiary of a trust deed on property commonly known as 2201 Bear Valley Ter, Silver Spring, MD 20906; the promissory note and deed of trust were attached to the proof of claim filed by the secured creditor.

      2.  The debtor(s) are due estimated pre-petition arrears of $40,821.01.

      3.  The proposed Chapter 13 plan does not provide this objecting Secured Creditor with adequate protection or adequate security, according to Sections 362 and 1325 (a) of the Code.

      4.  Further, the Plan is inadequately funded, in that the plan base is less than this Creditor's claim.

      5.  The plan does not propose to pay the Secured Creditor's entire claim, with estimated arrears of $40,821.01.

CONCLUSION

Any Chapter 13 Plan proposed by the Debtor(s) must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by the Debtor(s) be denied.

WHEREFORE, secured creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied.

2. For attorney's fees and costs incurred herein.

3. For dismissal of the Chapter 13 proceeding.

4. For such other relief as this Court deems proper.


Dated:__7/11/2025_____

        Respectfully submitted
        Deutsche Bank National Trust Company, as Trustee for Argent Securities
        Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4

        By Counsel:

        /s/Randa S Azzam
        _____
        William M. Savage, Esquire
        Federal I.D. Bar No. 06335
        Randa Azzam, Esquire
        Federal I.D. Bar No. 22474
        Gregory N. Britto, Esquire
        Federal I.D. Bar No. 22531
        Angela M. Tonello, Esquire
        Federal I.D. Bar No. 30084
        LOGS LEGAL GROUP LLP
        Mailing Address
        10130 Perimeter Parkway, Suite 400
        Charlotte, North Carolina 28216
        (703) 449-5800
        logsecf@logs.com    25-298431

**CERTIFICATE OF SERVICE**

I hereby certify that on the __11th_____ day of ___July_____, __2025_____ the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| Aaron R. Caruso, Abod & Caruso, LLC<br>18524 Office Park Road<br>Gaithersburg, MD 20886 | Debtor's Attorney |
| Timothy P. Branigan<br>9891 Broken Land Parkway Suite 301<br>Columbia, MD 21046 | Chapter 13 Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Adrienne Venson<br>2201 Bear Valley Terrace<br>Silver Spring, MD 20906 | Debtor(s) |

__/s/Randa S Azzam_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Randa Azzam, Esquire
Federal I.D. Bar No. 22474
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Angela M. Tonello, Esquire
Federal I.D. Bar No. 30084
LOGS LEGAL GROUP LLP
Mailing Address
10130 Perimeter Parkway, Suite 400
Charlotte, North Carolina 28216
(703) 449-5800
logsecf@logs.com     25-298431